# Form 1040 — U.S. Individual Income Tax Return (2016)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2016, or other tax year beginning _____, 2016, ending _____, 20 ____   See separate instructions.

**Your first name and initial:** RAMONA
**Last name:** WHITESIDE
**Your social security number:**

**If a joint return, spouse's first name and initial:**
**Last name:**
**Spouse's social security number:**

**Home address (number and street).** 17101 CREGIER
**Apt. no.:**

**City, town or post office, state, and ZIP code.** SOUTH HOLLAND IL 60473

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.   [ ] You   [ ] Spouse

## Filing Status

Check only one box.

1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. [ ] Qualifying widow(er) with dependent child

## Exemptions

- 6a [X] **Yourself.** If someone can claim you as a dependent, do not check box 6a.
- 6b [ ] **Spouse**

**Boxes checked on 6a and 6b:** 1

**c Dependents:**

| (1) First name | Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit |
|---|---|---|---|---|
| VIRGIL | LOGAN | | Brother | [ ] |
| | | | | [ ] |
| | | | | [ ] |
| | | | | [ ] |

No. of children on 6c who:
- lived with you: ____
- did not live with you due to divorce or separation (see instructions): ____

Dependents on 6c not entered above: 1

**Add numbers on lines above ▶** 2

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 69,732. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions . 15a ____   b Taxable amount (15b) | |
| 16a | Pensions and annuities 16a ____   b Taxable amount (16b) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a ____   b Taxable amount (20b) | |
| 21 | Other income. List type and amount _____ | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 69,732. |

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ _____ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | 593. |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | 593. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 69,139. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   BAA   REV 05/22/18 PRO   Form **1040** (2016)

Form 1040 (2016)       Page **2**

## Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 69,139. |
| 39a | Check if: ☐ You were born before January 2, 1952, ☐ Blind. ☐ Spouse was born before January 2, 1952, ☐ Blind. Total boxes checked ▶ 39a | |
| 39b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 19,750. |
| 41 | Subtract line 40 from line 38 | 49,389. |
| 42 | Exemptions. If line 38 is $155,650 or less, multiply $4,050 by the number on line 6d. Otherwise, see instructions | 8,100. |
| 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 41,289. |
| 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814   b ☐ Form 4972   c ☐ _____ | 5,529. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | |
| 46 | Excess advance premium tax credit repayment. Attach Form 8962 | |
| 47 | Add lines 44, 45, and 46 ▶ | 5,529. |
| 48 | Foreign tax credit. Attach Form 1116 if required | |
| 49 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 50 | Education credits from Form 8863, line 19 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit. Attach Schedule 8812, if required | |
| 53 | Residential energy credits. Attach Form 5695 | |
| 54 | Other credits from Form: a ☐ 3800   b ☐ 8801   c ☐ | |
| 55 | Add lines 48 through 54. These are your **total credits** | |
| 56 | Subtract line 55 from line 47. If line 55 is more than line 47, enter -0- ▶ | 5,529. |

**Standard Deduction for—**
- People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions.
- All others:
Single or Married filing separately, $6,300
Married filing jointly or Qualifying widow(er), $12,600
Head of household, $9,300

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | |
| 58 | Unreported social security and Medicare tax from Form: a ☐ 4137   b ☐ 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60a | Household employment taxes from Schedule H | |
| 60b | First-time homebuyer credit repayment. Attach Form 5405 if required | |
| 61 | Health care: individual responsibility (see instructions)   Full-year coverage ☒ | |
| 62 | Taxes from: a ☐ Form 8959   b ☐ Form 8960   c ☐ Instructions; enter code(s) _____ | |
| 63 | Add lines 56 through 62. This is your **total tax** ▶ | 5,529. |

## Payments

| Line | Description | Amount |
|---|---|---|
| 64 | Federal income tax withheld from Forms W-2 and 1099 | 6,622. |
| 65 | 2016 estimated tax payments and amount applied from 2015 return | |
| 66a | Earned income credit (EIC)   No | |
| 66b | Nontaxable combat pay election | |
| 67 | Additional child tax credit. Attach Schedule 8812 | |
| 68 | American opportunity credit from Form 8863, line 8 | |
| 69 | Net premium tax credit. Attach Form 8962 | |
| 70 | Amount paid with request for extension to file | |
| 71 | Excess social security and tier 1 RRTA tax withheld | |
| 72 | Credit for federal tax on fuels. Attach Form 4136 | |
| 73 | Credits from Form: a ☐ 2439   b ☐ Reserved   c ☐ 8885   d ☐ | |
| 74 | Add lines 64, 65, 66a, and 67 through 73. These are your **total payments** ▶ | 6,622. |

If you have a qualifying child, attach Schedule EIC.

## Refund

| Line | Description | Amount |
|---|---|---|
| 75 | If line 74 is more than line 63, subtract line 63 from line 74. This is the amount you **overpaid** | 1,093. |
| 76a | Amount of line 75 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | 1,093. |
| 76b | Routing number: XXXXXXXXX   ▶ c Type: ☐ Checking ☐ Savings | |
| 76d | Account number: XXXXXXXXXXXXXXXX | |
| 77 | Amount of line 75 you want **applied to your 2017 estimated tax** ▶ 77 | |

Direct deposit? See instructions.

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 78 | **Amount you owe.** Subtract line 74 from line 63. For details on how to pay, see instructions ▶ | |
| 79 | Estimated tax penalty (see instructions) | |

## Third Party Designee

Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ No

Designee's name ▶ CYNTHIA WHITE WILSON   Phone no. ▶ (773) 734-6646   Personal Identification number (PIN) ▶ 86775

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and accurately list all amounts and sources of income I received during the tax year. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

Your signature: [signed]   Date:   Your occupation: NURSE   Daytime phone number:

Spouse's signature. If a joint return, both must sign.   Date:   Spouse's occupation:   If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

## Paid Preparer Use Only

| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
|---|---|---|---|---|
| CYNTHIA WHITE WILSON | CYNTHIA WHITE WILSON | 08/20/2020 | ☒ | P00667479 |

Firm's name ▶ WHITE WILSON & ASSOCIATES LLC    Firm's EIN ▶ 47-2508982
Firm's address ▶ 16238 LOUIS AVE   SOUTH HOLLAND IL 60473    Phone no. (773) 734-6646

www.irs.gov/form1040       REV 05/22/18 PRO    Form **1040** (2016)

# Form 1040  U.S. Individual Income Tax Return  2018

Department of the Treasury—Internal Revenue Service (99)    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

*Copy* (handwritten)

**Filing status:** [ ] Single  [ ] Married filing jointly  [ ] Married filing separately  [X] Head of household  [ ] Qualifying widow(er)

**Your first name and initial:** RAMONA
**Last name:** WHITE-BANDY (with handwritten "*ADC*")
**Your social security number:**

**Your standard deduction:** [ ] Someone can claim you as a dependent   [ ] You were born before January 2, 1954   [ ] You are blind

**If joint return, spouse's first name and initial:**
**Last name:**
**Spouse's social security number:**

**Spouse standard deduction:** [ ] Someone can claim your spouse as a dependent   [ ] Spouse was born before January 2, 1954   [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind   [ ] Spouse itemizes on a separate return or you were dual-status alien

**Home address (number and street).** If you have a P.O. box, see instructions.
17101 CREGIER AVE
**Apt. no.**

**Presidential Election Campaign** (see inst.): [ ] You  [ ] Spouse

**City, town or post office, state, and ZIP code.** If you have a foreign address, attach Schedule 6.
SOUTH HOLLAND IL 60473

If more than four dependents, see inst. and ✓ here ▶ [ ]

**Dependents (see instructions):**

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see inst.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| VIRGIL D | LOGAN | | Brother | [ ] | [X] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: *Ramona Whiteside* (signed)    Date:    Your occupation: NURSE    If the IRS sent you an Identity Protection PIN, enter it here (see inst.)
Spouse's signature. If a joint return, both must sign.    Date:    Spouse's occupation:    If the IRS sent you an Identity Protection PIN, enter it here (see inst.)

**Paid Preparer Use Only**
Preparer's name:    Preparer's signature:    PTIN:    Firm's EIN:    Check if: [ ] 3rd Party Designee
Firm's name ▶ Self-Prepared    Phone no.    [ ] Self-employed
Firm's address ▶

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2018)

---

Form 1040 (2018)    Page **2**

| | | | | |
|---|---|---|---|---|
| **1** | Wages, salaries, tips, etc. Attach Form(s) W-2 | | **1** | 73,615. |
| **2a** | Tax-exempt interest | **b** Taxable interest | **2b** | |
| **3a** | Qualified dividends | **b** Ordinary dividends | **3b** | |
| **4a** | IRAs, pensions, and annuities | **b** Taxable amount | **4b** | |
| **5a** | Social security benefits | **b** Taxable amount | **5b** | |
| **6** | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22 | | **6** | 73,615. |
| **7** | Adjusted gross income. If you have no adjustments to income, enter the amount from line 6; otherwise, subtract Schedule 1, line 36, from line 6 | | **7** | 73,373. |
| **8** | Standard deduction or itemized deductions (from Schedule A) | | **8** | 18,000. |
| **9** | Qualified business income deduction (see instructions) | | **9** | |
| **10** | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | | **10** | 55,373. |
| **11** | a Tax (see inst.) 6,731. (check if any from: 1 [ ] Form(s) 8814  2 [ ] Form 4972  3 [ ] ____ )  b Add any amount from Schedule 2 and check here ▶ [ ] | | **11** | 6,731. |
| **12** | a Child tax credit/credit for other dependents 500.  b Add any amount from Schedule 3 and check here ▶ [ ] | | **12** | 500. |
| **13** | Subtract line 12 from line 11. If zero or less, enter -0- | | **13** | 6,231. |
| **14** | Other taxes. Attach Schedule 4 | | **14** | 0. |
| **15** | Total tax. Add lines 13 and 14 | | **15** | 6,231. |
| **16** | Federal income tax withheld from Forms W-2 and 1099 | | **16** | 4,194. |
| **17** | Refundable credits: a EIC (see inst.) No   b Sch. 8812 ____   c Form 8863 ____   Add any amount from Schedule 5 ____ | | **17** | |
| **18** | Add lines 16 and 17. These are your total payments | | **18** | 4,194. |

**Standard Deduction for—**
- Single or married filing separately, $12,000
- Married filing jointly or Qualifying widow(er), $24,000
- Head of household, $18,000
- If you checked any box under Standard deduction, see instructions.

**Refund**
| **19** | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | **19** | |
| **20a** | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | **20a** | |
| ▶ **b** | Routing number: XXXXXXXXX   ▶ c Type: [ ] Checking  [ ] Savings | | |
| ▶ **d** | Account number: XXXXXXXXXXXXXXXX | | |
| **21** | Amount of line 19 you want applied to your 2019 estimated tax ▶ 21 | | |

**Amount You Owe**
| **22** | Amount you owe. Subtract line 18 from line 15. For details on how to pay, see instructions ▶ | **22** | 2,088. |
| **23** | Estimated tax penalty (see instructions) ▶ 23 | 51. | |

Go to www.irs.gov/Form1040 for instructions and the latest information.    BAA    REV 07/19/20 TTW    Form **1040** (2018)

# Form 1040 — U.S. Individual Income Tax Return (2019)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box):
- [ ] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [X] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

Your first name and middle initial: **RAMONA**
Last name: **WHITESIDE-BANDY**
Your social security number: 

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street): **17101 CREGIER AVE**
Apt. no.:
City, town or post office, state, and ZIP code: **SOUTH HOLLAND IL 60473**

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

Foreign country name:
Foreign province/state/county:
Foreign postal code:

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**
Someone can claim: [ ] You as a dependent    [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [ ] Were born before January 2, 1955    [ ] Are blind
Spouse: [ ] Was born before January 2, 1955    [ ] Is blind

**Dependents** (see instructions):

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for Child tax credit | Credit for other dependents |
|---|---|---|---|---|---|
| VIRGIL D | LOGAN | | Brother | [ ] | [X] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |
| | | | | [ ] | [ ] |

**Standard Deduction for—**
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under Standard Deduction, see instructions.

| Line | Description | | Amount |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 | 72,165. |
| 2a | Tax-exempt interest | 2a | |
| 2b | Taxable interest. Attach Sch. B if required | 2b | |
| 3a | Qualified dividends | 3a | |
| 3b | Ordinary dividends. Attach Sch. B if required | 3b | |
| 4a | IRA distributions | 4a | |
| 4b | Taxable amount | 4b | |
| 4c | Pensions and annuities | 4c | |
| 4d | Taxable amount | 4d | |
| 5a | Social security benefits | 5a | |
| 5b | Taxable amount | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 6 | |
| 7a | Other income from Schedule 1, line 9 | 7a | 0. |
| 7b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your total income ▶ | 7b | 72,165. |
| 8a | Adjustments to income from Schedule 1, line 22 | 8a | 436. |
| 8b | Subtract line 8a from line 7b. This is your adjusted gross income ▶ | 8b | 71,729. |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9 | 18,560. |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | |
| 11a | Add lines 9 and 10 | 11a | 18,560. |
| 11b | Taxable income. Subtract line 11a from line 8b. If zero or less, enter -0- | 11b | 53,169. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2019)

Form 1040 (2019)      Page 2

| Line | Description | | Amount |
|---|---|---|---|
| 12a | Tax (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ ___ | 12a: 6,137. | |
| 12b | Add Schedule 2, line 3, and line 12a and enter the total | | 12b: 6,137. |
| 13a | Child tax credit or credit for other dependents | 13a: 500. | |
| 13b | Add Schedule 3, line 7, and line 13a and enter the total | | 13b: 500. |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | 14: 5,637. |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 15: 0. |
| 16 | Add lines 14 and 15. This is your **total tax** | | 16: 5,637. |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | 17: 1,186. |
| 18 | Other payments and refundable credits: | | |
| 18a | Earned income credit (EIC)  No | 18a: | |
| 18b | Additional child tax credit. Attach Schedule 8812 | 18b: | |
| 18c | American opportunity credit from Form 8863, line 8 | 18c: | |
| 18d | Schedule 3, line 14 | 18d: | |
| 18e | Add lines 18a through 18d. These are your **total other payments and refundable credits** | | 18e: |
| 19 | Add lines 17 and 18e. These are your **total payments** | | 19: 1,186. |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**
20   If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you overpaid    20
21a   Amount of line 20 you want **refunded to you**. If Form 8888 is attached, check here ☐    21a

Direct deposit? See instructions.
▶ b   Routing number: X X X X X X X X X    ▶ c Type: ☐ Checking   ☐ Savings
▶ d   Account number: X X X X X X X X X X X X X X X X X

22   Amount of line 20 you want **applied to your 2020 estimated tax** ▶ 22

**Amount You Owe**
23   **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶   23: 4,583.
24   Estimated tax penalty (see instructions) ▶ 24: 132.

**Third Party Designee** (Other than paid preparer)
Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.    ☐ Yes. Complete below.   ☒ No
Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: *Ramona Whiteside*    Date:    Your occupation: NURSE    If the IRS sent you an Identity Protection PIN, enter it here (see inst.)
Spouse's signature. If a joint return, **both must sign**.    Date:    Spouse's occupation:    If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.)
Phone no.    Email address

**Paid Preparer Use Only**
Preparer's name    Preparer's signature    Date    PTIN    Check if: ☐ 3rd Party Designee    ☐ Self-employed
Firm's name ▶ Self-Prepared    Phone no.
Firm's address ▶    Firm's EIN ▶

Go to *www.irs.gov/Form1040* for instructions and the latest information.    BAA    REV 05/19/20 TTW    Form **1040** (2019)